# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE ROBERSON, | ) Case No. EDCV 08-0168-JTL |
| Plaintiff, | ) |
| | ) **J U D G M E N T** |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |
| | ) |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that Judgment be entered reversing the decision of the Commissioner, and remanding the case for further administrative proceedings consistent with the Memorandum Opinion and Order.

DATED: January 20, 2009

_____/s/_____
JENNIFER T. LUM
UNITED STATES MAGISTRATE JUDGE