Law Offices of Bill LaTour
Bill LaTour [SBN: 169758]
    11332 Mountain View Ave., Suite C
    Loma Linda, California 92354
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MARIE ROBERSON, ) | No.  EDCV 08-168 JTL |
| ) | |
|     Plaintiff, ) | [PROPOSED] ORDER AWARDING |
|     v. ) | EAJA FEES |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
|     Defendant. ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be

awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount

TWO THOUSAND ONE HUNDRED DOLLARS and 00/cents ($2,100.00), as

authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced

Stipulation.

DATED:  March 20, 2009      /s/Jennifer T. Lum _____

                              HON. JENNIFER T. LUM
                              UNITED STATES MAGISTRATE JUDGE

-1-